# United States Court of Appeals
### For The District of Columbia Circuit

**No. 06-5035**  September Term, 2005

06cv00072

Vernon Norman Earle,
  Appellant

v.

Washington D.C. Police Department, et al.,
  Appellees

Filed On:

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED SEP 7 2006

CLERK

**BEFORE:** Ginsburg, Chief Judge, and Sentelle and Brown, Circuit Judges

## ORDER

Upon consideration of the motion for reconsideration of the June 21, 2006, Clerk's order dismissing this appeal for lack of prosecution, it is

**ORDERED** that the motion be granted. The order filed June 21, 2006, is hereby vacated. The Clerk is directed to reinstate this appeal on the court's active docket. The Clerk is also directed to transmit to the district court a copy of appellant's motion for leave to proceed on appeal in forma pauperis, consent to collection of fees from trust account, and prisoner trust account report (all attached to appellant's motion for reconsideration). It is

**FURTHER ORDERED** that the appeal be held in abeyance pending the district court's resolution of appellant's motion for leave to proceed on appeal in forma pauperis.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify the court promptly following its disposition of the motion.

Per Curiam