# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 06-5035

September Term, 2005

06cv00072

Filed On: 

Vernon Norman Earle,
    Appellant

v.

Washington D.C. Police Department, et al.,
    Appellees

## ORDER

By order filed February 24, 2006, appellant was directed to either pay the $255 docketing and filing fee or file a motion to proceed on appeal in forma pauperis, a Consent to Collection of Fees and a Prisoner Trust Account Report by March 27, 2006. To date, appellant has not complied with the Court's February 24, 2006, order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/ Linda Jones
Linda Jones
Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk