# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERNON NORMAN EARLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-00072 (PLF) |
| ) | |
| WASHINGTON, D.C. POLICE DEPT. ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### PLAINTIFF VERNON EARLE'S
### COUNTER-STATEMENT OF MATERIAL FACTS

Pursuant to Local Civil Rule 7(h), plaintiff Vernon Earle respectfully submits this response to defendant The District of Columbia's Statement of Material Facts Not in Dispute.

### COUNTER-STATEMENT OF MATERIAL FACTS

Mr. Earle hereby responds to defendant The District of Columbia's contentions of material fact not in dispute as follows:

1. Plaintiff escaped from the Lorton Reformatory on September 19, 1988.

   Response:  Mr. Earle does not dispute that he escaped on or about September 19, 1988.

2. Plaintiff remained on escape status from the time of his escape until he was captured on March 7, 1989.

   Response:  Mr. Earle does not dispute that he remained on escape status from the time of his escape until he was captured on or about March 7, 1989.

3. Plaintiff was captured on March 7, 1989 in Baltimore by the United States Marshals Service.

   Response: Mr. Earle does not dispute that he was captured on or about March 7, 1989.

2

        Respectfully submitted,

        /s/ Peter C. Lallas
        Peter S. Spivack (D.C. Bar #453731)
        Peter C. Lallas (D.C. Bar # 495944)
        HOGAN & HARTSON LLP
        555 Thirteenth Street, N.W.
        Washington, D.C. 20004
        (202) 637-5600 (T)
        (202) 637-5910 (F)

        *Counsel for Plaintiff Vernon Norman Earle*

Dated:  March 1, 2010